UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ruzdija Basuljevic,<br><br>      Plaintiff,<br><br> -against-<br><br>Declyn Wallace Thornton Lauper,<br><br>      Defendant. | 24CV02023 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Third-Party Defendant shall serve his outstanding discovery responses by December 12, 2024.

The parties shall provide joint updates on the status of discovery on the following dates: December 12, December 31, January 15, February 1, February 15, March 1, March 15, March 31, and April 13. The parties shall participate in Court-annexed mediation by March 31, 2025, and they shall update the Court within two business days of the mediation session of the status but not the substance of their settlement efforts.

DATED: November 21, 2024
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge