John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Marnie Stathatos-Fulgieri
Dylan Braverman
Kiki Chrisomallides*
Scott A. Singer
Gregg D. Weinstock*** ■ ×
Adam S. Covitt **
Megan A. Lawless‡

Gilbert H. Choi
Joshua R. Cohen
Charles K. Faillace ±
William Gagas ±
Danielle M. Hansen
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Douglas Langholz
Jason Lavery *
Jennifer M. Lobaito *
Neil Mascolo, Jr.
Adonaid Medina*
Michael Milchan

*Partner Emeritus*
Alfred P. Vigorito

Kevin D. Porter
Susan Vari
David W. Allen
Brian Andrews
Edward J. Arevalo
Robert Boccio
Bruce M. Brady *
Dawn Bristol
Kenneth J. Burford

Ralph Vincent Morales
Joseph P. Mascarella
Vincent Nagler **
Miles S. Reiner
Bhalinder L. Rikhye
Leilani Rodriguez *
Lori Shapiro
Matthew Shindell ‡
Tammy A. Trees
Nicole M. Varisco *
Arthur I. Yankowitz**

Allen Alex †
Danielle Bennett ∆
Giovanna N. Bizzarro †
Theresa A. Bohn
Angela R. Bonica *
Christine Crane *
Michael P. Diven * ** ×
Raymond Farrell †
Natasha Faisal †
Tyler M. Fiorillo
Jamie Gewurz
Andrew M. Hansen *
Lauren P. Ingvoldstad†
Jillian Kuper
Christian McCarthy
Alexandra Nieto
Kayla Nieves †
John O Brien
Daniel O Connell * ■
Kara Ognibene *
Gunjan Persaud
Emily Phillips *
Alesha N. Powell * **
Veronika Tadros
Claudine Travers
Jesse Wang *
Tyler Weingarten ‡
Christopher Wood *
Samuel Youssof –
Alexandra Zerrillo * ** ×
Spiridoula Zolotas †

*Of Counsel*
Mara Cella
Patricia M. Comblo × ±
Josie M. Conelley
Brian DiPentima*
Tricia M. Criscito
Roseann V. Driscoll
Taryn M. Fitzgerald
Joseph D. Furlong
Rani B. Kulkarni
Kirandeep Madra
Nicole E. Martone
Seema Palmerson
Carolyn Rankin
Nicole C. Salerno *
Valerie L. Siragusa
Dzina V. Solla
Deirdre Tobin
Karolina Wiaderna

* Also Admitted to Practice in NJ
** Also Admitted to Practice in CT
*** Also Admitted to Practice in NJ, CT, DC
-- Admitted to Practice in NJ
■ Also Admitted to Practice in PA
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
∆ Also Admitted to Practice in Ohio
× Admitted to Practice in CO
† Admission Pending



> Application granted. The third-party claims by Thornton Lauper against The I.V. Medical Doctor are stayed while the automatic bankruptcy stay in underlying case of Basuljevic v. Thornton Lauper is in place. Thornton Lauper is ordered to inform the Court by filing a letter on the docket within one week of the resolution of his bankruptcy proceeding. The Clerk of Court is respectfully requested to terminate ECF 42.
>
> Date: 2/24/2025
> New York, NY
>
> SO ORDERED
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

February 21, 2025

Re: **Basuljevic, Ruzdija v. The I.V. Medical Doctors, P.C.**
Doc No. 24-cv-02023
<u>BPN No.: 0050-233</u>

Dear Honorable Judge Tarnofsky and Ms. Zeng-Huang:

We represent The I.V. Medical Doctors, P.C. in the above referenced matter.

Pursuant to the Court's directives, we are writing to advise that we believe that the stay in the primary action should apply to the third-party action as well. This is a position shared by the Defendant/Third-Party Plaintiff. Given the fact that the claims in the primary action are directly related to those in the third-party action, it is our position that a stay of both actions would serve the interests of judicial economy.

Thank you for your time and attention to this matter.

Respectfully Submitted,

*Christian D. McCarthy*
Christian D. McCarthy

cc:   Via Pacer
      DESIMONE & ASSOCIATES, LLC

*Attorneys for Third-Party Plaintiff
Declyn Wallace Thornton Lauper*

CATHRYN A. HARRIS-MARCHESI
*Attorneys for Plaintiff*

2