UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUZDIJA BASULJEVIC,<br><br>                Plaintiff,<br><br>-against-<br><br>DECLYN WALLACE THORNTON LAUPER,<br><br>                Defendant. | 24cv02023 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       On February 24, 2025, this case was stayed because of the bankruptcy proceeding filed by Defendant Thornton Lauper. (ECF 43.) Defendant Thornton Lauper was ordered to inform the Court within seven days of the termination of his bankruptcy proceeding. (*See id.*) On July 22, 2025, Plaintiff informed the Court of the termination of Defendant Thornton Lauper's bankruptcy proceeding on June 9, 2025. (ECF 44.) The next day, Defendant wrote to the Court to confirm that the bankruptcy proceeding had terminated and that the delay in informing the Court was due to counsel's severe health issues. (ECF 46.) I held a conference on August 4, 2025. Defendant Thornton Lauper explained that Plaintiff's claims against him had been discharged; he subsequently filed the bankruptcy discharge on the docket. (ECF 47.) Plaintiff argued that Defendant's failure to comply with this Court's order directing Defendant to advise the Court of the completion of his bankruptcy proceeding within seven days of the issuance of the final decree (ECF 43) should result in Plaintiff's claims being permitted to proceed. There is no basis in law for this position, particularly where, as here the delay was due to health issues of Defendant's counsel. Defendant Thornton Lauper stated at the conference that he intends to file a stipulation of dismissal of his third-party claim against the I.V. Doctor. The stipulation of dismissal shall be filed by **August 8, 2025.**

DATED: August 5, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge